NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TYOKA JACKSON,                    )
                                  )
          Appellant,              )
                                  )
v.                                )        Case No.    2D18-2392
                                  )
TENIQUE JACKSON,                  )
                                  )
          Appellee.               )
                                  )
_____ )

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.130 from the Circuit Court for
Hillsborough County; Melissa M. Polo,
Judge.

Laura A. Olson of The Law Office of
Laura A. Olson, P.A., Tampa, for
Appellant.

Mark F. Baseman of Felix, Felix, &
Baseman, Tampa, for Appellee.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and MORRIS and LUCAS, JJ., Concur.